| | |
|---|---|
| | |

<br>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST DEAN SOEST, | ) | Case No.: 1:16-cv-1334- JLT |
| Plaintiff, | ) ) | ORDER DISCHARGING ORDER TO SHOW |
| v. | ) ) | CAUSE |
| MOJAVE AIR AND SPACE PORT, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

On October 21, 2016, the Court granted the parties' joint request to stay the action. (Doc. 10) When the parties failed to file their joint report, the Court issued an order requiring them to show cause why sanctions should not be imposed or to file the report. (Doc. 11) The parties filed the report soon thereafter. (Doc. 12) Therefore, good cause appearing, the Court **ORDERS**:

    1.    The order to show cause (Doc. 11) is **DISCHARGED**;

    2.    <u>**No later than August 18, 2017**</u>, counsel **SHALL** file a **joint** status report. The report SHALL detail the status of the state court action and whether the stay should be lifted. The obligation to file the Court the status report is joint.

Counsel **SHALL** cooperate in the preparation of the status report so that it is filed timely. Counsel are advised that it is insufficient to fail to file the report timely due to the lack of cooperation by the opponent. In that event of a lack of cooperation, the party **SHALL** file a unilateral report

detailing the lack of cooperation, providing the required information as best can be done and explaining why a joint report could not be submitted.

IT IS SO ORDERED.

    Dated: __**June 10, 2017**__                    __**/s/ Jennifer L. Thurston**__
                                                                         UNITED STATES MAGISTRATE JUDGE